BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:11-mj-00272-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | To: |
| PATRICK S. TUTTLE, | DATE: Thursday, June 7, 2012 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: TBA |
| | [Class B Misdemeanor] |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and John P. Ryan, Counsel for Defendant Patrick S. Tuttle, that the status conference currently set for Thursday, March 29, 2012, at 10:00 a.m., **may be continued to Thursday, June 7, 2012, at 10:00 a.m. before the duty Magistrate.**

This stipulation is proposed by both parties to allow for the personal presence of the defendant, who is currently serving in the Navy, or for the defendant to waive his personal presence. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I)

- 1 -  STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 26, 2012          By:  /s/ Andrew L. Gradman
                                    ANDREW L. GRADMAN
                                    Special Assistant U.S. Attorney


Dated: March 26, 2012          By:  /s/ John P. Ryan
                                    JOHN P. RYAN
                                    Attorney For Defendant
```

IT IS SO ORDERED.

Dated: **March 27, 2012**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE